■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TROBIANO, Appellant.—Judgment of the County Court, Nassau County, rendered September 15, 1971, affirmed (see *People v Patterson,* 38 NY2d 623). Martuscello, Acting P. J., Christ, Titone and Hawkins, JJ., concur; Shapiro, J., concurs on constraint of *People v Patterson* (38 NY2d 623).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIO ZAPATA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered March 14, 1974, convicting him of burglary in the second degree, attempted burglary in the second degree and criminal possession of stolen property in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. We believe that appellant's guilt as to all elements of the crimes charged was demonstrated beyond a reasonable doubt. Appellant's remaining contentions are without merit. Latham, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONCEPCION DAVILA, Appellant, v CHAIRMAN, NEW YORK STATE DIVISION OF PAROLE, et al., Respondents.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated August 1, 1975, which, *inter alia,* dismissed the petition after a hearing. Judgment affirmed, without costs or disbursements. We affirm here inasmuch as this may be done without affecting petitioner's rights. However, we reaffirm our observation in *Matter of Beattie v New York State Bd. of Parole* (47 AD2d 656) (cf. *People ex rel. Jones-el v Superintendent, Green Haven Correctional Facility,* 51 AD2d 1049; *People ex rel. Walsh v Vincent,* 50 AD2d 914; *People ex rel. Allah v Warden, Bronx House of Detention,* 47 AD2d 485). Martuscello, Acting P. J., Rabin, Shapiro, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE F. JONES, Appellant, v VITO M. TERNULLO, as Superintendent, Fishkill Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated May 28, 1975, which, after a hearing, dismissed the petition. Appeal dismissed as moot, without costs or disbursements. Petitioner is now on parole and is no longer in respondent's custody (see *People ex rel. Miller v Follette,* 33 AD2d 789; *People ex rel. Christian v Vincent,* 49 AD2d 914). Martuscello, Acting P. J., Rabin, Shapiro, Titone and Hawkins, JJ., concur.